In the Matter of the Accounting of GEORGE MACCULLOCH MILLER and STEPHEN DUNCAN MARSHALL, as Trustees under the Last Will and Testament of LEVIN R. MARSHALL, Deceased.

GEORGE MACCULLOCH MILLER and STEPHEN DUNCAN MARSHALL, as Trustees, etc., and GEORGE MARSHALL, Appellants; DUNBAR MARSHALL, Respondent.

(Submitted April 18, 1898; decided April 26, 1898.)

MOTION for reargument denied, with ten dollars costs. (See 155 N. Y. 646.)

---

HENRY H. JACKSON et al., as Executors of PETER A. H. JACKSON Deceased, Respondents, *v.* ANN NICHOL et al., Appellants.

*Jackson* v. *Nicol*, 23 App. Div. 139, appeal dismissed.
(Argued April 18, 1898; decided April 26, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 27, 1897, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

The motion was made upon the ground that the exceptions are frivolous; that the only question involved is a question of fact, and that the Appellate Division unanimously decided that the findings of fact are supported by the evidence.

*Johnston & Johnston* for motion.

*Wm. H. Newman* opposed.

Motion granted, with costs.